No. 806. RICHMAN *v.* CALIFORNIA. Appellate Department, Superior Court of California, County of San Bernardino. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.

No. 841, Misc. MISTRETTA *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 851, Misc. RICHARDSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 872, Misc. BISCHELL *v.* WARDEN, MARYLAND HOUSE OF CORRECTION, ET AL. Court of Appeals of Maryland. Certiorari denied.

No. 874, Misc. SOSTRE *v.* MAILLER, CHAIRMAN OF THE NEW YORK STATE BOARD OF PAROLE, ET AL. Appellate Division, Supreme Court of New York, Third Judicial Department. Certiorari denied. Petitioner *pro se*. *Paxton Blair*, Solicitor General of New York, for respondents.

No. 879, Misc. MOORE *v.* MARTIN, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Louis J. Lefkowitz*, Attorney General of New York, and *Paxton Blair*, Solicitor General, for respondent.

No. 880, Misc. IN RE POPE. Supreme Court of California. Certiorari denied.

No. 883, Misc. MANGIA *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.